

MARC R. GORDON**
FREDERIC I. WEINBERG*
JOEL M. FLINK*
CHRISTOPHER S. FROBA*
ASHLEY A. PALAIA*

Of Counsel:
BENJAMIN VINCI +
BRYAN SCHMID++

*Also Member of PA Bar
**Member of the PA Bar Only
+Member of CO, NE, UT Bars Only
++Member of CO and AZ Bars Only

1200 LAUREL OAK ROAD
SUITE 104
VOORHEES, NJ 08043

1001 E. HECTOR STREET
SUITE 220
CONSHOHOCKEN, PA 19428

2250 S. ONEIDA STREET
SUITE 303
DENVER, CO 80224

PHONE: (856) 346-0082
FACSIMILE: (856) 642-0070

TOLL FREE: (866) 465-8087

(Reply to NJ Office)

March 28, 2014

Lawrence Katz, Esquire
Law Offices of Lawrence Katz
445 Central Avenue, Suite 201
Cedarhurst, NY 11516

RE:  Your Client         :  STEVEN MAX
     Our Client          :  FIA CARD SERVICES, N.A.
     Current Balance Due:   $2,400.31 - Our File No: 2178211
     Original Account No.:  XXXXXXXXXXXX0814
     Chargeoff Account No.: XXXXXXXXXXXX3550

Lawrence Katz, Esquire

This office has been advised by our client that you represent the debtor regarding the above matter. Accordingly, this validation letter is being sent to your attention. IF YOU DO NOT REPRESENT YOUR ABOVE LISTED CLIENT, PLEASE ADVISE THIS OFFICE IMMEDIATELY.

Your client's account in the above matter has been referred to this office for collection. As of the date of this letter, the above amount is due.

Unless this office hears from you within thirty (30) days after receipt of this letter that you dispute the validity of the debt, or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within thirty (30) days of your receipt of this letter that the debt or any portion thereof is disputed, this office will obtain verification of the debt or, if the debt is founded upon a judgment, a copy of the judgment will be obtained, and this office will mail to you a copy of such verification or judgment. Upon written request within thirty (30) days, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This account is issued and administered by FIA Card Services, N.A.

**Gordon & Weinberg, P.C. is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose.**

Very truly yours,

GORDON & WEINBERG, P.C.

DBOA.A1

www.gordonweinberg.com